## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



ELISA REYES-SIERRA

VS.                                           CIVIL NO. 97-2908 (JAF)

UNIVERSITY OF PUERTO RICO,
RIO PIEDRAS CAMPUS,

---

### DESCRIPTION OF MOTION

DATE FILED: 8/6/99  DOCKET: 26      TITLE: MOTION FOR LEAVE TO SUBMIT DOCUMENTS IN SPANISH.

[x] Plaintiff(s)
[ ] Defendant(s)

---

### O-R-D-E-R

__X__ GRANTED.

___ DENIED.

___ MOOT.

___ NOTED.

**OTHER:**

_____

September 2, 1999
DATE

JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE