## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO




ELISA REYES-SIERRA

VS.   CIVIL NO. 97-2908 (JAF)

UNIVERSITY OF PUERTO RICO,
RIO PIEDRAS CAMPUS,

### DESCRIPTION OF MOTION

DATE FILED: 8/13/99 DOCKET: 27    TITLE: MOTION REQUESTING LEAVE TO REPLY, ETC.

[ ] Plaintiff(s)
[X] Defendant(s)

### O-R-D-E-R

_X_ GRANTED.

___ DENIED.

___ MOOT.

___ NOTED.

**OTHER:**

September 2, 1999
DATE

JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE