# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



ELISA REYES SIERRA,

    VS.                                CIVIL NO. 97-2908    (JAF)

UNIVERSITY OF PUERTO RICO,
RIO PIEDRAS CAMPUS,

---

### DESCRIPTION OF MOTION

DATE FILED: 8/31/99   DOCKET: 28   TITLE: PROPOSED PRETRIAL ORDER

[X] Plffs.          [X] Defts.

### O-R-D-E-R

The Proposed Pretrial Order is **APPROVED**. The court will decide the pending dispositive motions and, thereafter, will consider whether a settlement conference and a trial setting are in order.

September 2, 1999
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE