# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



ELISA REYES SIERRA

    VS.

UNIVERSITY OF PUERTO RICO,
RIO PIEDRAS CAMPUS

CIVIL NO. 97-2908 (JAF)

## DESCRIPTION OF MOTION

| DATE FILED: 10/07/99 | DOCKET #: 33 | TITLE: MOTION by University of PR to Extend Time until 11/8/99 to file reply brief |
|---|---|---|
| [ ] Plaintiff(s) <br> [X] Defendant(s) | | |

## O-R-D-E-R

**X** GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:** _____

10/14/99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE