UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

ELISA REYES-SIERRA,

　　　Plaintiff,

　　　v.                                    Civil No. 97-2908 (JAF)

UNIVERSITY OF PUERTO RICO,
RIO PIEDRAS CAMPUS,

　　　Defendant.

## O R D E R

The Judges have agreed to the reassignment of forty-five cases to the docket of the Honorable Jay García-Gregory, who will take the oath of office effective August 1, 2000.

Pursuant to the above, the present case is assigned to the docket of Judge García-Gregory.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 6th day of July, 2000.

　　　　　　　　　　　　　　　　JOSE ANTONIO FUSTE
　　　　　　　　　　　　　　　　U. S. District Judge

AO 72
(Rev 8/82)