UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

REYES-SIERRA

   Plaintiff(s)

         v.                              CIVIL NUMBER: 97-2908 (JAG)

UNIVERSITY OF PUERTO RICO

   Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/19/00<br>**Title:** Motion for Leave to File Supplement to Motion for Summary Judgment<br>**Docket:** 36<br>[ ] Plffs   [x] Defts   [ ] Other | **GRANTED.** |
| **Date Filed:** 01/27/00<br>**Title:** Motion to Strike Motion for Leave to File Supplement Motion for Summary Judgment<br>**Docket:** 37<br>[x] Plffs   [ ] Defts   [ ] Other | **DENIED.** Plaintiff is granted a period of 45 days from the date of this Order to file an opposition. |
| **Date Filed:** 01/28/00<br>**Title:** Amended Motion to Strike Motion to Strike Motion for Leave to File Supplement Motion for Summary Judgment<br>**Docket:** 38<br>[ ] Plffs   [x] Defts   [ ] Other | **MOOT.** See Docket 37. |

Date: 10/04/00

JAY A. GARCIA-GREGORY
U.S. District Judge