UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 DEC 13 PM 12 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

ELISA REYES-SIERRA

**Plaintiff(s)**

v.                                CIVIL NUMBER: 97-2908 (JAG)

UNIVERSITY OF PUERTO RICO

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/29/00<br>**Title:** Motion Requesting Leave to File a Reply<br>**Docket:** 43<br>[ ] Plffs  [x] Defts  [ ] Other | **GRANTED.** |

Date: December 11, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge

