UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELISA REYES-SIERRA

**Plaintiff(s)**

v.  CIVIL NUMBER: 97-2908 (JAG)

UNIVERSITY OF PUERTO RICO

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| Date Filed: 01/18/01<br>Title: Joint Motion Requesting Extension of Time to Answer Questionnaire<br>Docket: 47<br>[ ] Plffs   [ ] Defts   [ ] Other | **GRANTED,** as requested. |

Date: January 23, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge