IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELISA REYES-SIERRA

**Plaintiff(s)**

v.                                              CIVIL NO.   97-2908 (JAG)

UNIVERSITY OF PUERTO RICO

**Defendant(s)**

---

**ORDER**

Pending before the Court are Dockets #17, 25, 35, 41, 42, 45. The Court hereby refers these motions to Magistrate-Judge Jesús A. Castellanos for a report and recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 20th day of June, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge

s/cs:to ( )
attys/pts
in ICMS

JUN 2 2 2001