IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELSA REYES SIERRA

**Plaintiff(s)**

v.   CIVIL NO. 97-2908 (JAG)

UNIVERSITY OF PUERTO RICO,
RIO PIEDRAS CAMPUS

**Defendant(s)**

## ORDER

No objections having been filed, the Magistrate-Judge's Report & Recommendation is hereby accepted. The Motion for Summary Judgment is **granted**, and plaintiffs' Complaint is **dismissed in its entirety**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24th day of September, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge