IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELSA REYES SIERRA

Plaintiff(s)

v.   CIVIL NO.   97-2908 (JAG)

UNIVERSITY OF PUERTO RICO,
RIO PIEDRAS CAMPUS

Defendant(s)

## JUDGMENT

Based on the Order of this date, the Court hereby enters judgment dismissing the Complaint in its entirety.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24th day of September, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge


